Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
Summer Saad - Bar #250337
WEINTRAUB & SELTH, APC
12424 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

[Proposed] Attorneys for Debtor
and Debtor-In-Possession,
BANNER BEDDING, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:08-bk-16828-MJ |
| BANNER BEDDING, INC., | Chapter 11 |
| Debtor. | |
| | **NOTICE OF MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL** |
| | Date: July 16, 2008 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 302 |
| | 3420 Twelfth Street |
| | Riverside, CA 92501-3819 |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that on July 16, 2008, at 1:30 p.m. in Courtroom 302 of the United States Bankruptcy Court, Riverside Division, located at 3420 Twelfth Street, Riverside, California,

92501-3819, Banner Bedding, Inc., ("Banner"), the chapter 11 debtor and debtor-in-possession, will move the Court for an order approving the employment of Weintraub & Selth, APC ("WS") as general bankruptcy counsel, effective June 9, 2008.

The motion to employ general bankruptcy counsel (the "Motion") is brought pursuant to 11 U.S.C. sections 327 and 1108 and Local Bankruptcy Rule 2014-1(b)(1), and is based on the motion and the declarations of Eugene Scorziell and Daniel J. Weintraub.

If you would like to receive a copy of the Motion, please fax or mail a written request to the Debtor's proposed counsel, whose address is on the face page of this Notice.

On or about May 5, 2008, WS was retained by Banner Bedding, Inc., to provide advice concerning the restructure of its financial affairs.

During the one year prior to filing this case, Banner paid WS the sum of $150,000 for legal services in contemplation of or in connection with its chapter 11 case. The source of the retainer was from the cash flow of Banner. From the Retainer, WS was paid $68,339.60, for the fees and costs incurred prior to the commencement of this case. The balance of the Retainer, $81,660.40, was deposited to a segregated, interest-bearing trust account. The parties have agreed that such funds may be applied to the fees and costs incurred in the course of representing Banner in its chapter 11 case in accordance with the guidelines of the Office of the United States Trustee. A schedule showing the normal hourly billing rates of WS at the time of this Motion is attached hereto as **Exhibit 1**. WS will seek compensation based upon these hourly billing rates.

**PLEASE TAKE FURTHER NOTICE** pursuant to Local Bankruptcy Rule 9013-1(a)(7):

> [E]ach interested party opposing ... the motion shall file and serve not later than fourteen (14) days before the date designated for hearing ... A brief but complete written statement of all reasons in opposition thereto ... and answering memorandum of points and authorities, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely.

Further, Local Bankruptcy Rule 9013-1(a)(11) provides that "Papers not timely filed and served may be deemed by the court to be consent to the granting or denial of the motion, as the case may be."

Dated: June 9, 2008

WEINTRAUB & SELTH, APC

_____
Daniel J. Weintraub
[Proposed] Attorneys for
Debtor and Debtor-In-Possession,
BANNER BEDDING, INC.

**EXHIBIT "1"**

## WEINTRAUB & SELTH, APC
## HOURLY RATES

| | |
|---|---|
| DANIEL J. WEINTRAUB | 435.00 |
| JAMES R. SELTH | 400.00 |
| CHRISTOPHER RAHTZ (of counsel) | 385.00 |
| SUMMER SAAD | 285.00 |
| PARAPROFESSIONALS | 225.00 |
| LEGAL ASSISTANTS | 150.00 - 175.00 |